IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WEST BEND MUTUAL INSURANCE
COMPANY,

        Plaintiff,

    v.

JEANNE HENTZ, CENTRAL LABORERS'
PENSION FUND, CENTRAL LABORERS'
WELFARE FUND, and CENTRAL
LABORERS' ANNUITY FUND,

        Defendants.

No. 11-cv-1079-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff's agreed motion (Doc. 19) to extend the dispositive motions deadline.  This case involves the same questions of law and arises from the same occurrence as *Nationwide Insurance Company v. Hentz*, which is currently on appeal before the Seventh Circuit.  Because the outcome of that case may control how the Court rules on any dispositive motions filed by the parties, the Court hereby **GRANTS** plaintiff's motion (Doc. 19).  Any dispositive motions shall be filed within thirty days of the issuance of the Seventh Circuit Court of Appeals' decision in *Nationwide Insurance Company v. Hentz*, Case No. 12-1784.

**IT IS SO ORDERED.**

**DATED:** November 8, 2012

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**