IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       vs.<br><br>JEANNE HENTZ, CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, and CENTRAL LABORERS' ANNUITY FUND,<br><br>       Defendants. | Case No. 11-cv-1079-JPG-SCW |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff West Bend Mutual Insurance Company and against defendants Jeanne Hentz, Central Laborers' Pension Fund, Central Laborers' Welfare Fund, and Central Laborers' Annuity Fund; and

   IT IS FURTHER DECLARED that

   Business Auto Policy number CPB 0589907 and Smart Business Package Policy number BOB 0589906 04 issued by plaintiff West Bend Mutual Insurance Company to Kevin W. Bragee, CPA, LLC, does not afford coverage to the defendant Jeanne Hentz for theft of a CD-ROM from her automobile alleged to have occurred on October 31, 2010, which forms the basis of *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh Judicial Circuit, Morgan County, Illinois;

   Plaintiff West Bend Mutual Insurance Company owes no duty to defend defendant Jeanne Hentz against any of the allegations in the complaint in *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh Judicial Circuit, Morgan County, Illinois; and

Plaintiff West Bend Mutual Insurance Company owes no duty to indemnify defendant Jeanne Hentz for any judgment entered against her in *Central Laborers Pension Fund v. Hentz*, No. 2011-L-12, in the Circuit Court of the Seventh Judicial Circuit, Morgan County, Illinois, or for any agreement entered into in settlement of that case.

**DATED:** March 25, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                            **By: s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                   **J. PHIL GILBERT**